IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2022 JUL 20 PM 5: 03
MARGARET BOTKINS, CLERK
CASPER

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER RAY EDWARDS,<br><br>Defendant. | No. 22-CR-81-SWS<br><br>Ct 1: 18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>(Felon in Possession of Ammunition)<br><br>Ct 2: 26 U.S.C. §§ 5841, 5845(a) and(d), 5861(d) and 5871<br>(Possession of Firearm Not Registered in the National Firearms Registration and Transfer Record)<br><br>**FORFEITURE NOTICE** |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

On or about June 4, 2022, in the District of Wyoming, the Defendant, **CHRISTOPHER RAY EDWARDS**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed assorted 9mm ammunition and assorted .223 caliber ammunition, which ammunition was in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## COUNT TWO

On or about June 4, 2022, in the District of Wyoming, the Defendant, **CHRISTOPHER RAY EDWARDS**, knowingly possessed a firearm as defined by 26 U.S.C. § 5845(a), that is, a rifle with a barrel length of less than 16 inches, which said firearm was not registered to him in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5841, 5845(a) and(d), 5861(d) and 5871.

## FORFEITURE NOTICE

1.      The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d); Title 26, United States Code, Section 5872; and Title 28, United States Code, Section 2461(c).

2.      Upon conviction of an offense set forth in this Indictment, the Defendant shall forfeit to the United States any firearm and/or ammunition involved in the commission of the offense.

A TRUE BILL:

*INK SIGNATURE ON FILE*
FOREPERSON

NICHOLAS VASSALLO
Acting United States Attorney

| | PENALTY SUMMARY |
|---|---|
| **DEFENDANT NAME:** | CHRISTOPHER RAY EDWARDS |
| **DATE:** | July 19, 2022 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | No |
| **OFFENSE/PENALTIES:** | |
| Ct: 1 | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (Felon in Possession of Ammunition) 0-10 Years Imprisonment Up To $250,000 Fine 3 Years Supervised Release $100 Special Assessment |
| Ct: 2 | 26 U.S.C. §§ 5841, 5845(a) and(d), 5861(d) and 5871 (Possession of Firearm Not Registered in the National Firearms Registration and Transfer Record) 0-10 Years Imprisonment Up To $250,000 Fine Up To 3 Years Supervised Release $100 Special Assessment |
| **TOTALS:** | 0-20 Years Imprisonment Up To $500,000 Fine 3 Years Supervised Release $200 Special Assessment |
| **AGENT:** | David Tubbs, ATF |
| **AUSA:** | Timothy J. Forwood, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | More than 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |